Commonwealth *v.* Knight, Appellant.

730

Argued March 23, 1973. *William L. Mc-Laughlin*, for appellant; *F. Ned Hand*, Assistant District Attorney, with him *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.